ORDER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-05-039 |
| | § | (CR. NO. B-03-326-03) |
| VICTOR MANUEL JIMENEZ- | § | |
| HERNANDEZ, | § | |
|     Movant. | | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion for Summary Judgment (Doc. No. 7) is hereby GRANTED and Movant's application 28 U.S.C. § 2255 for relief (Doc. No. 1) is hereby DISMISSED.

DONE at Brownsville, Texas this ___ day of _____, 2005.

_____
Hilda Tagle
United States District Judge